# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| DSS TECHNOLOGY MANAGEMENT, INC., | § § § § | |
| Plaintiff, | § § | Case No. Case 6:13-cv-00919-JDL |
| v. | § § | Jury Trial Demanded |
| APPLE, INC., | § § | |
| Defendant. | § § § | |

## NOTICE OF COMPLIANCE REGARDING TECHNICAL TUTORIAL

Defendant Apple Inc. files this notice of compliance to show it submitted its technical tutorial to the Court via hand delivery on September 26, 2014. A copy was sent to Plaintiffs' counsel of record via electronic mail.

Dated:  September 26, 2014      Respectfully submitted,

    /s/ *Melissa R. Smith*
Melissa Richards Smith
State Bar No. 24001351
GILLAM & SMITH
303 South Washington Avenue
Marshall, Texas 75670
Phone: 903.934.8450/Fax: 903.934.9257
E-mail: melissa@gillamsmithlaw.com

Marc Belloli *(Pro Hac Vice)*
mbelloli@feinday.com
Ian N. Feinberg *(Pro Hac Vice)*
ifeinberg@feinday.com
David Alberti *(Pro Hac Vice)*
dalberti@feinday.com
Yakov Zolotorev *(Pro Hac Vice)*
yzolotorev@feinday.com
FEINBERG DAY ALBERTI &
THOMPSON LLP
1600 El Camino Real, Suite 280
Menlo Park, CA 94025
Telephone:  (650) 618.4360
Facsimile:   (650) 618.4368

*Attorneys for Defendant*
**APPLE, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served this 26th day of September, 2014, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

     */s/  Melissa R. Smith*
     Melissa R. Smith